**Electronically Filed
Supreme Court
SCWC-16-0000609
27-NOV-2020
02:54 PM
Dkt. 10 ODAC**

SCWC-16-00000609

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

YOUNG ACOPAN,
Respondent/Plaintiff/Counterclaim Defendant-Appellee,

vs.

ELEGANT CONCEPTS, LLC, dba PACIFIC CRAFTWORKS,
Petitioner/Defendant/Counterclaim Plaintiff-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000609; CIV. NO. 1CC131000247)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, J.,
and Circuit Judge Johnson, assigned by reason of vacancy,
with McKenna, J., dissenting, with whom Wilson, J., joins)

Petitioner's Application for Writ of Certiorari, filed

on October 14, 2020, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, November 27, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Ronald J. Johnson

